UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jason R. Albertson,                                  Civil 11-3097 JNE/FLN

    Plaintiff,

v.                                                              O R D E R

Bumper Warehouse, Inc.,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 18, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. This case is DISMISSED; and

2. Plaintiff's counsel's motion to withdraw [#5] is DENIED as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 2-13, 2012.                             s/ Joan N. Ericksen
at Minneapolis, Minnesota                   JUDGE JOAN N. ERICKSEN
                                                     United States District Court